UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20684-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAZARO PRAT,
LISSETTE LOPEZ PRAT,

    Defendants.
_____/

## ORDER DENYING MOTIONS

This matter came before the Court on March 2, 2012 for hearing on Joint Petition to Exempt Attorney's Fees from Forfeiture [DE 73] and Motion for Permission to Take Deposition [DE 85] filed by Defendants Lazaro Prat and Lissette Lopez Prat. The Court having heard argument of the parties, and for the reasons stated on the record, it is

ORDERED that Defendants' Motions are DENIED.

DONE AND ORDERED in Miami, Florida, this 5 day of March, 2012.

                                                PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record