CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE FEDERICO A. MORENO

Case No. 11-20684  
Date 12/19/12  
Clerk Linda Webb  
Reporter Gilda Pastor-Hernandez  
USPO Paul Czekanski  
Interpreter Spanish  
USPTS ___  
In-Court Time 40 mins  

AUSA Eric Morales, Evelyn Sheehan  
Def. Atty. Emmanuel Perez  
USA v. Lissette Lopez Prat  
Defendant(s): Present X  Not Present ___  In Custody Yes  
Sentence 48 mos  
Supervised Release 3 yrs  

Special Conditions of SR

- ☐ Deportation
- ☐ Home Det/EM ___
- ☐ Substance Abuse Treatment
- ☐ Mental Health Treatment
- ☐ Financial Disclosure
- ☐ No New Debt
- ☐ Full time employment
- ☐ Self employment approval
- ☐ Permissible search
- ☐ Community Service ___ hours

Other ___

Fine $ 0  
Special Assessment $ 100.00  
Advised of right to appeal ___  
Recommendations to BOP So Fla facility; substance abuse  

Misc. Forfeiture made part of J&C. Remaining cts dismissed

Court grants variance